UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA (JOHNSTOWN)

| | |
|---|---|
| DEBRA HEVERLY CAMPBELL,            )<br>                                                               )<br>                    Plaintiff,                )<br>                                                               )<br>v.                                                           )<br>                                                               )<br>M&T BANK,                                       )<br>                                                               )<br>                    Defendant.             )<br>                                                               )<br>                                                               )<br>                                                               )<br>                                                               )<br>                                                               ) | No.: 3:16-cv-00118-KRG<br><br>Judge Kim R. Gibson<br><br>Electronically Filed<br><br>**MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULES 8(A), 12(B)(6) and 12(B)(7)** |

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rules of Civil Procedure ("Rule") 8(a), 12(b)(6) and 12(b)(7), Defendant M&T Bank, by and through the undersigned counsel, respectfully move the Court for an Order dismissing Plaintiff's Complaint on the grounds that it fails to join an indispensable party, fails to state a claim upon which relief may be granted, and because the Complaint fails to satisfy the pleading requirements of Rule 8(a). A Brief in Support of this Motion, filed contemporaneously herewith, is incorporated by reference herein.

Dated: June 2, 2016                                    Respectfully submitted,

/s/ John E. Joseph
John E. Joseph (No. 88818)
Michele L. Zerr (No. 201655)
**REED SMITH LLP**
Global Customer Centre
20 Stanwix Street, Suite 1200
Pittsburgh, PA  15222
Telephone: +1 412.288.3330
Facsimile: +1 412.288.3063
*Attorneys for Defendant M&T Bank*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 2, 2016, I electronically filed the foregoing using the Court's CM/ECF system. I also certify that I sent copies of the foregoing via first class mail to the following parties at the following addresses:

>Debra Heverly Campbell
>11844 Bandera Rd., Suite #200
>Helotes, TX 78023
>
>Paul M. Puskar, Esq.
>310 Penn St.
>Hollidaysburg, PA 16648

>*/s/* John E. Joseph
>John E. Joseph
>*Counsel for Defendant M&T Bank*