**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

NEW YORK, NY 10045

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $4.29 |
| Total Postage and Fees | $10.39 |

Postmark: MAY 26 2017 — 05/26/2017

Sent To: Muriel Payne c/o Federal Reserve
Street and Apt. No., or PO Box No.: 33 Liberty St.
Bank of NY
City, State, ZIP+4®: NY NY 10045

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

```
===========================================
              HELOTES
           12790 FM 1560 N
              HELOTES
                TX
             78023-9998
             4839850023
05/26/2017    (800)275-8777    4:23 PM
===========================================
===========================================
Product                Sale         Final
Description            Qty          Price
-------------------------------------------
First-Class             1          $4.29
Parcel Service
    (Domestic)
    (NEW YORK, NY  10045)
    (Weight:0 Lb 12.30 Oz)
    (Expected Delivery Day)
    (Tuesday 05/30/2017)
Certified               1          $3.35
    (@@USPS Certified Mail #)
    (70162140000114917738)
Return                  1          $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940220106123655645)
-------------------------------------------
Total                             $10.39
-------------------------------------------
Credit Card Remitd                $10.39
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX1882)
    (Approval #:H63410)
    (Transaction #:819)


*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*****************************************

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.


In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.


*****************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*****************************************


   All sales final on stamps and postage
   Refunds for guaranteed services only
         Thank you for your business

     *  HELP US SERVE YOU BETTER

        TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Muriel Payne
   c/o Federal Reserve Bank of New York
   33 Liberty St.
   New York, NY 10045

   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
   9590 9402 2010 6123 6556 45

2. Article Number (Transfer from service label)

   7016 2140 0001 1491 7738

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

   Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70162140000114917738

▸ ▸ ▸ Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

See tracking for related item: 9590940220106123655645
(/go/TrackConfirmAction?tLabels=9590940220106123655645)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| June 2, 2017, 11:55 am | Delivered, To Mail Room | NEW YORK, NY 10005 |

Your item has been delivered to the mail room at 11:55 am on June 2, 2017 in NEW YORK, NY 10005.

| | | |
|---|---|---|
| June 1, 2017, 1:19 am | Departed USPS Facility | NEW YORK, NY 10199 |
| May 30, 2017, 6:11 am | Arrived at Unit | BRONX, NY 10463 |
| May 30, 2017, 3:15 am | In Transit to Destination | |
| May 28, 2017, 8:15 pm | Arrived at USPS Destination Facility | NEW YORK, NY 10199 |
| May 28, 2017, 8:33 am | In Transit to Destination | |
| May 27, 2017, 9:56 pm | Departed USPS Facility | SAN ANTONIO, TX 78284 |
| May 27, 2017, 1:33 am | Arrived at USPS Origin Facility | SAN ANTONIO, TX 78284 |
| May 26, 2017, 4:22 pm | Acceptance | HELOTES, TX 78023 |

See Less ∧

## Available Actions

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/3/17

*Debra Heverly Campbell*
Server's signature

DEBRA HEVERLY CAMPBELL    Plaintiff
Printed name and title

11844 Bandera Rd #200
Server's address

Helotes, TX 78023

Additional information regarding attempted service, etc:

Certified Date of delivery date 6/2/17
Return receipt date of delivery stamped date June 3, 2017

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DEBRA HEVERLY CAMPBELL and
POHAKU FUNDING AND INVESTMENT
CORPORATION , ET AL

*Plaintiff(s)*

v.

M & T BANK, COLONY SURF LTD.
WILLIAM E. DENISON, DAVID SPRIEGEL,
GERALYN BONILLA, PERI SARAC-FLIMAN,
and MURIEL PAYNE, ET AL
*Defendant(s)*

Civil Action No. 3:16cv-118

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MURIEL PAYNE
c/o FEDERAL RESERVE BANK OF NEW YORK
33 Liberty St.
New York, NY 10045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Debra Heverly Campbell
11844 Bandera Rd., Suite #200
Helotes, Texas 78023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

05/05/2017
Date

*Carina Loushe*
Signature of Clerk or Deputy Clerk