UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA (JOHNSTOWN)

| | |
|---|---|
| DEBRA HEVERLY CAMPBELL,<br><br>        Plaintiff,<br><br>v.<br><br>M&T BANK,<br><br>        Defendant. | No.: 3:16-cv-00118-KRG<br><br>Judge Kim R. Gibson<br><br>Electronically Filed<br><br>**DEFENDANTS SPRIEGEL, BONILLA AND SARAC-FLIHAN'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2), 12(B)(5) AND 12(B)(6)** |

## DEFENDANTS SPRIEGEL, BONILLA AND SARAC-FLIHAN'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5) and 12(b)(6), Defendants David Spriegel, Geralyn Bonilla and Peri Sarac-Flihan (erroneously identified as Peri Sarac-Fliman), by and through the undersigned counsel, respectfully move the Court for an Order dismissing Plaintiff's First Amended Complaint on the grounds set forth more fully in the Memorandum in Support of this Motion, filed contemporaneously herewith, which is incorporated by reference herein.

Dated: June 16, 2017

Respectfully submitted,

/s/ John E. Joseph
John E. Joseph (No. 88818)
Michele L. Zerr (No. 201655)
**REED SMITH LLP**
Global Customer Centre
20 Stanwix Street, Suite 1200
Pittsburgh, PA  15222
Telephone: +1 412.288.3330
Facsimile: +1 412.288.3063
*Attorneys for Defendants Spriegel, Bonilla and Sarac-Flihan*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on June 16, 2017, I electronically filed the foregoing using the Court's CM/ECF system. I also certify that I sent copies of the foregoing via first class mail to the following parties at the following addresses:

>Debra Heverly Campbell
>11844 Bandera Rd., Suite #200
>Helotes, TX  78023
>
>Paul M. Puskar, Esq.
>310 Penn St.
>Hollidaysburg, PA  16648

>>*/s/* John E. Joseph
>>John E. Joseph
>>*Counsel for Defendants, David Spriegel,*
>>*Geralyn Bonilla and Peri Sarac-Flihan*