## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA (JOHNSTOWN)

| | |
|---|---|
| DEBRA HEVERLY CAMPBELL, and POHAKU FUNDING AND INVESTMENT CORPORATION, in its capacity as Trustee for the 2895-201 KALAKAUA LAND TRUST and POHAIKEALOHA TRUST, DEBRA HEVERLY CAMPBELL AS PRESIDENT OF POHAKU FUNDING AND INVESTMENT CORPORATION, and DEBRA HEVERLY CAMPBELL AND JADE MAKANA HEVERLY-CAMPBELL AS BENEFICIARIES OF POHAIKEALOHA TRUST, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:16-cv-118-KRG<br><br><br>The Honorable Kim R. Gibson<br><br>Electronically Filed |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| M&T BANK, COLONY SURF LTD., DAVID SPRIEGEL, GERALYN BONILLA, PERI SARAC-FLIMAN, WILLIAM E. DENISON, R. STEVENS GILLEY, TERRY MULLIN, MURIEL PAYNE, | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | | |

---

## DEFENDANT TERRY MULLIN'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2), 12(b)(3), and 12(b)(6)

AND NOW comes Defendant Terry Mullin ("Mullin")[1], by and through his undersigned attorneys, Gordon & Rees LLP, and files the instant Motion to Dismiss the First Amended Complaint of Debra Heverly Campbell, and Pohaku Funding and Investment Corporation, in its capacity as trustee for the 2895-201 Kalakaua Land Trust and Pohaikealoha Trust, Debra Heverly Campbell as president of Pohaku Funding and Investment Corporation, and Debra

---

[1] Defendants Colony Surf, Ltd. ("Defendant Colony Surf"), William E. Denison ("Defendant Denison"), and R. Stevens Gilley ("Defendant Gilley"), collectively referred to as "Colony Surf Defendants" filed a Motion to Dismiss Plaintiff's Amended Complaint on June 20, 2017. *See* ECF 16 and 17. At that time, Mullin had not been served with the Amended Complaint and Summons in this action. As Mullin was served on August 18, 2017, he files the instant Motion to Dismiss on grounds similar to those set forth in the Colony Surf Defendants' Motion to Dismiss. *See* ECF 16 and 17.

Heverly Campbell and Jade Makana Heverly-Campbell as beneficiaries of Pohaikealoha Trust (hereinafter collectively referred to as "Plaintiffs") as set forth herein.

Mullin seeks to dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6).  The reasons supporting this Motion are set forth in more detail in the accompanying Memorandum of Law filed contemporaneously herewith.

WHEREFORE, Mullin respectfully requests this Honorable Court dismiss Plaintiffs' First Amended Complaint with prejudice.

Respectfully submitted,

**GORDON & REES LLP**

By:  /s/ *Jessica Lucas*
Jessica Lucas, Esq., Id. #311280
jlucas@gordonrees.com
707 Grant Street, Suite 3800
Pittsburgh, PA  15219
Tel.: (412) 577-7400
Fax: (412) 347-5461
*Counsel for Colony Surf Ltd., William E. Denison, R. Stevens Gilley, and Terry Mullin*

Dated: September 8, 2017

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of September, 2017, a true and correct copy of **Defendant Terry Mullin's Motion to Dismiss Plaintiffs' First Amended Complaint** was served via electronic means on all counsel and parties of record:

John E. Joseph (No. 88818)
Michele L. Zerr (No. 201655)
REED SMITH LLP
Global Customer Centre
20 Stanwix Street, Suite 1200
Pittsburgh, PA 15222
(*Counsel for M&T Bank*)

Also served by U.S. Mail, postage pre-paid:

Debra Heverly Campbell
11844 Bandera Rd., Suite #200
Helotes, TX 78023
(*Plaintiff*)

By:      /s/ *Jessica Lucas*

Jessica Lucas, Esq., Id. #311280
jlucas@gordonrees.com
707 Grant Street, Suite 3800
Pittsburgh, PA  15219
Tel.: (412) 577-7400
Fax: (412) 347-5461
*Counsel for Colony Surf Ltd., William
E. Denison, R. Stevens Gilley, and
Terry Mullin*